**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JANYDA HESTER,**<br><br>        *Plaintiff*,<br>v.<br><br>**ADVANCED CALL CENTER TECHNOLOGIES,**<br><br>        *Defendant.* | **Civil Action No. 15-1766**<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the Honorable Michael Hammer's February 17, 2016 Order to Show Cause why Plaintiff Janyda Hester's Complaint should not be dismissed for failure to prosecute, Dkt. No. 22;

and it appearing that Judge Hammer issued a Report and Recommendation dated March 10, 2016 in which Judge Hammer recommended that this Court dismiss Plaintiff's case for failure to prosecute, Dkt. No. 25; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation

**IT IS** on this 27th day of April, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation dated March 10, 2016, is **ADOPTED** and Plaintiff's case is dismissed with prejudice for failure to prosecute; and it is further

**ORDERED** that this case is hereby **CLOSED**.

                                              */s Madeline Cox Arleo*_____
                                              **Hon. Madeline Cox Arleo**
                                              **United States District Judge**